PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jerome DiPentino

Cr.: 05-427-01
PACTS #: 42794

Name of Sentencing Judicial Officer: Honorable Freda L. Wolfson
United States District Judge

Date of Original Sentence: 08/24/06

Original Offense: Evasion of Income Tax (five counts)

Original Sentence: Probation - 5 years concurrent on each count; Special Assessment - $500; Special Conditions: no new credit; financial disclosure; and comply with IRS.

Type of Supervision: Probation    Date Supervision Commenced: 08/24/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'  On August 18, 2008, the offender was charged with terroristic threats. According to the complaint, the offender approached the complainant, Martin O'Boyle, and specifically used the words "I will kill you," causing O'Boyle to fear for his life.  The probation officer spoke with a representative from the charging law enforcement agency, who advised that it appears that the charges are politically motivated and that there is no evidence to suggest that there is any merit to the allegations. The charges are pending. |

U.S. Probation Officer Action:

According the investigating law enforcement agency, the complainant is known to make false allegations, and it is believed that the charges are politically motivated and retaliatory in nature. The Probation Office is recommending that no action be taken at this time and will monitor the outcome of the municipal court charges.

Respectfully submitted,

By: Christine M. Rennie
U.S. Probation Officer
Date: 09/22/08

PROB 12A - Page 2
Jerome DiPentino

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Reviewed on - no action taken
9/25/08
Date